**Thomas M. LOCKWOOD, Administrator of the Estate of James P. Lockwood, Petitioner,**

v.

**CITY OF PITTSBURGH and Allegheny County**

v.

**Eric Wilson, Respondents.**

Supreme Court of Pennsylvania.

May 17, 1999.

***ORDER***

PER CURIAM:

AND NOW, this 17th day of March, 1999, the Petition for Allowance of Appeal is **GRANTED**.

It is further ordered that the Prothonotary is directed to consolidate this matter with *Dean v. Commonwealth of Pennsylvania, Department of Transportation*, 033 M.D. Appeal Dkt. 1999.

It is further ordered that Petitioner's request to file a post-submission communication is **DENIED**.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Harrison Lee SANDERS, Respondent.**

No. 481 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Argued April 28, 1999.
Decided May 18, 1999.

John F. Dougherty, Philadelphia, for Disciplinary Board.

Samuel C. Stretton, for Harrison Lee Sanders.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Upon consideration of the Report and Recommendations of the Disciplinary Board dated November 23, 1998, and following oral argument, it is hereby

ORDERED that Harrison Lee Sanders be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Chief Justice FLAHERTY and Justice ZAPPALA dissent and would suspend respondent for a period of two years.

Justice NIGRO dissents and would suspend respondent for a period of three years.